JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE RODRIGUEZ-ZAMORA,<br><br>             Plaintiff,<br><br>      v.<br><br>NANCY A. BERRYHILL,<br>Deputy Commissioner for<br>Operations of Social Security<br>Administration,<br><br>             Defendant. | Case No. ED CV 16-1213-SP<br><br>**JUDGMENT** |

    Pursuant to the Memorandum Opinion and Order filed contemporaneously with the filing of this Judgment,

    IT IS HEREBY ADJUDGED that the decision of the Commissioner of the Social Security Administration is **AFFIRMED** and this action is dismissed with prejudice.

Dated: February 8, 2019

                                                    SHERI PYM<br>
                                                    United States Magistrate Judge